# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF TIMOSH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE HAMILTON LAW ASSOCIATION, and PLAZA SERVICES,<br><br>Defendants. | Case No.: **4:18-cv-01744-KAW**<br><br>**[PROPOSED] ORDER GRANTING THE NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>**HON. KANDIS A. WESTMORE** |

Based upon the Notice of Voluntary Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice as to the named Plaintiff, and without prejudice to the putative class.

IT IS SO ORDERED.

Dated: 8/28/18                              By: *Kandis Westmore*

                                            HON. KANDIS A. WESTMORE
                                            United States Magistrate Judge